# In The United States Court of Federal Claims

No. 04-1131C

(Filed: June 26, 2008)

_____

RICHARD P. HASTINGS, and
NUCLEAR PROTECTION SERVICES INC.,

       Plaintiff,

  v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

On June 24, 2008, the parties filed a joint stipulation for entry of judgment.  Accordingly, pursuant to RCFC 58, the Clerk is directed to enter judgment in this case in favor of plaintiff and against the defendant for a total of $15,000.00.  Each party is to bear its own costs and attorney fees.

    **IT IS SO ORDERED.**

                                            s/Francis M. Allegra  
                                            Francis M. Allegra  
                                            Judge